Order issued November  $\mathcal{2}$  , 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00674-CV

**SOHEILA AREFKIA, Appellant**

**V.**

**RAD LAW FIRM, P.C., Appellee**

## ORDER

On October 19, 2012, appellant filed an extension motion. We treat appellant's motion as a request for an extension of time to file a brief. We **GRANT** appellant's motion. Appellant shall file her brief on or before November 30, 2012.

To the extent that appellant's motion purports to be a brief, it does not comply with the briefing requirements. *See* TEX. R. APP. P. 38.1. Appellant shall file a brief in compliance with rule 38.1 of the rules of appellate procedure on or before November 30, 2012.

_____
CAROLYN WRIGHT
CHIEF JUSTICE